RECEIVED
JUL 14 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUDOLFO S. MARTINEZ | DOCKET NO. 1:14-CV-589; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's second and successive petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and In re: Epps, 127 F.3d 364, 365 (5th Cir. 1997), for further proceeding as provided by 28 U.S.C. §2244.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 13 day of July, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT